UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-02928-SVW-PLAx | Date | June 28, 2012 |
|---|---|---|---|
| Title | Aevoe Corp v. E and D International Trade Inc et al | | |

**JS-6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     IN CHAMBERS ORDER re NOTICE OF VOLUNTARY DISMISSAL [11]

The Court, having received plaintiff's Notice of Voluntary Dismissal (Dkt. 11) filed June 28, 2012, hereby ORDERS this case DISMISSED without prejudice. The Order to Show Cause (Dkt. 8) filed June 5, 2012 is hereby DISCHARGED.

                                                                                             :
                                                    Initials of Preparer          KTI